# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Case: 2:24-cr-20337
Assigned To : Hood, Denise Page
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 6/27/2024
Description: IND USA V. SEALED (DJ)

v.

Violation:
18 U.S.C. § 1956

MARIA EUGENIA LANDEROS-ROSAS,
    a/k/a "Jenny,"

                Defendant.
_____/

## Indictment

THE GRAND JURY CHARGES:

## COUNT ONE
## Conspiracy to Launder Monetary Instruments
## 18 U.S.C. § 1956 (h)

From on or about January 1, 2022, through on or about June 24,

2024, in the Eastern District of Michigan, and elsewhere, the defendant,

MARIA EUGENIA LANDEROS-ROSAS, did knowingly combine,

conspire, and agree with other persons known and unknown to the

Grand Jury to commit offenses in violation of Title 18, United States

Code, Section 1956, to wit:

(a)  to knowingly conduct and attempt to conduct financial

1

transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, possession of controlled substances with intent to distribute and distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), and conspiracy to commit those offenses, in violation of Title 21, United States Code, Section 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and while conducting and attempting to conduct such financial transactions, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

(b) to transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument or funds involving the proceeds of specified unlawful activity, that is, possession of controlled substances with intent to distribute and distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), and conspiracy to commit those offenses, in violation of Title

2

21, United States Code, Section 846, from a place in the United States to or through a place outside the United States, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity, and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

### COUNT TWO
### Laundering of Monetary Instruments
### 18 U.S.C. § 1956(a)(1)(B)(i)

From on or about September 8, 2022, through on or about September 13, 2022, in the Eastern District of Michigan, and elsewhere, the defendant, MARIA EUGENIA LANDEROS-ROSAS, knowingly conducted and attempted to conduct a financial transaction affecting interstate and foreign commerce, to wit, the delivery of approximately $250,690.00 in bulk cash, which was subsequently converted to cryptocurrency (USDC) and transferred by electronic communication, minus commissions, to a specified cryptocurrency wallet, which

transaction involved the proceeds of a specified unlawful activity, that

is, possession of a controlled substance with intent to distribute and

distribution of a controlled substance, in violation of Title 21, United

States Code, Section 841(a)(1), and conspiracy to commit those offenses,

in violation of Title 21, United States Code, Section 846, knowing that

the transaction was designed in whole or in part to conceal and disguise

the nature, location, source, ownership, and control of the proceeds of

said specified unlawful activity, and knowing that the property involved

in the financial transaction represented the proceeds of some form of

unlawful activity, in violation of Title 18, United States Code, Section

1956(a)(1)(B)(i).

**COUNT THREE**
**Laundering of Monetary Instruments**
**18 U.S.C. § 1956(a)(1)(B)(i)**

From on or about March 31, 2023, through on or about April 5,

2023, in the Eastern District of Michigan, and elsewhere, the defendant,

MARIA EUGENIA LANDEROS-ROSAS, knowingly conducted and

attempted to conduct a financial transaction affecting interstate and

foreign commerce, to wit, the delivery of approximately $150,000.00 in

bulk cash, which was subsequently converted to cryptocurrency (USDC)

and transferred by electronic communication, minus commissions, to a
specified cryptocurrency wallet, which transaction involved the
proceeds of a specified unlawful activity, that is, possession of a
controlled substance with intent to distribute and distribution of a
controlled substance, in violation of Title 21, United States Code,
Section 841(a)(1), and conspiracy to commit those offenses, in violation
of Title 21, United States Code, Section 846, knowing that the
transaction was designed in whole or in part to conceal and disguise the
nature, location, source, ownership, and control of the proceeds of said
specified unlawful activity, and knowing that the property involved in
the financial transaction represented the proceeds of some form of
unlawful activity, in violation of Title 18, United States Code, Section
1956(a)(1)(B)(i).

## COUNT FOUR
### Laundering of Monetary Instruments
### 18 U.S.C. § 1956(a)(1)(B)(i)

From on or about April 4, 2023, to on or about April 7, 2023, in the
Eastern District of Michigan, and elsewhere, the defendant, MARIA
EUGENIA LANDEROS-ROSAS, knowingly conducted and attempted to
conduct a financial transaction affecting interstate and foreign

commerce, to wit, the delivery of approximately $199,900.00 in bulk cash, which was subsequently converted to cryptocurrency (USDC) and transferred by electronic communication, minus commissions, to a specified cryptocurrency wallet, which transaction involved the proceeds of a specified unlawful activity, that is, possession of a controlled substance with intent to distribute and distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and conspiracy to commit those offenses, in violation of Title 21, United States Code, Section 846, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## FORFEITURE ALLEGATION
### Criminal Forfeiture

Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to the defendants of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property

that facilitated the commission of the violations alleged, or property

traceable thereto, and all property involved in, or property traceable

thereto, of the violations set forth in this Indictment.

Substitute Assets: If the property described above as being subject

to forfeiture, as a result of any act or omission of defendant:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third
   party;

c. Has been placed beyond the jurisdiction of the Court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property that cannot be
   divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute

property pursuant to Title 21, United States Code, Section 853(p), and

Title 28, United States Code, Section 2461(c).

Money Judgment: Upon conviction of the violation alleged in this

Indictment, the United States will seek a forfeiture money judgment

against Defendants in an amount equal to the total amount of proceeds

obtained as a result of violations of Title 18, United States Code,

Section 1956, as alleged in this Indictment.

THIS IS A TRUE BILL.


*s/Grand Jury Foreperson*
Grand Jury Foreperson


DAWN N. ISON
United States Attorney



*s/Benjamin Coats*
BENJAMIN COATS
Chief, Drug Task Force


*s/Erin Ramamurthy*
ERIN L. RAMAMURTHY
Assistant United States Attorney

*s/Margaret M. Smith*
MARGARET M. SMITH
Assistant United States Attorney


Dated: June 27, 2024

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov** | Case: 2:24-cr-20337<br>Assigned To : Hood, Denise Page<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 6/27/2024<br>Description: IND USA V. SEALED (DJ) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials:  ERR |

**Case Title:** USA v. _Maria Eugenia Landeros-Rosas_

**County where offense occurred :** _Wayne_

**Check One:**   ☒ Felony          ☐ Misdemeanor          ☐ Petty

    ✔ Indictment/____ Information --- **no** prior complaint.
    ____ Indictment/____ Information --- based upon prior complaint [Case number:                    ]
    ____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

    ☐ Corrects errors; no additional charges or defendants.
    ☐ Involves, for plea purposes, different charges or adds counts.
    ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  |  |  |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 27, 2024
Date

*Erin L. Ramamurthy*
Erin Ramamurthy
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9788
Fax:   313-226-9100
E-Mail address: Erin.Ramamurthy@usdoj.gov
Attorney Bar #: P81645

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.